Matter of J.M. (2025 NY Slip Op 06280)

Matter of J.M.

2025 NY Slip Op 06280

Decided on November 18, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: November 18, 2025

Before: Kern, J.P., Scarpulla, Friedman, O'Neill Levy, Chan, JJ. 

Docket No. D-33064/23|Appeal No. 5187|Case No. 2024-07874|

[*1]In the Matter of J.M., Respondent-Appellant, A Person Alleged to be a Juvenile Delinquent. Presentment Agency

Dawne A. Mitchell, The Legal Aid Society, New York (Hannah Kaplan of counsel), for appellant.
Muriel Goode-Trufant, Corporation Counsel, New York (Jennifer Lerner of counsel), for presentment agency.

Order of disposition, Family Court, Bronx County (Cynthia Lopez, J.), entered on or about November 21, 2024, which adjudicated appellant a juvenile delinquent upon his admission that he committed an act that, if committed by an adult, would constitute the crime of aggravated harassment in the second degree, and placed him on level 2 probation for a period of 12 months, unanimously affirmed, without costs.
The court providently exercised its discretion when it adjudicated appellant a juvenile delinquent and placed him on level 2 probation for 12 months, which was the least restrictive available alternative consistent with his best interests and the need for protection of the community (see Matter of Katherine W., 62 NY2d 948, 948 [1984]). The record establishes that the court properly considered both the seriousness of the underlying offense and the evidence establishing appellant's need for supervision and services in adopting the least restrictive alternative (see Matter of Michael F., 230 AD3d 414, 416 [1st Dept 2024]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: November 18, 2025